UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CRIMINAL NO. SA-24-CR-00331-XR |
| ) | |
| (1) IVAN RIVAS RENTERIA, ) | |
| (2) ALMA ROSALIA VELEZ ANDRADE, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES OF AMERICA'S
MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney and files this Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. § 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(1) and (2) and (c)(1), and in support thereof states the following:

**I.**

On March 24, and March 25, 2025, Defendants (1) IVAN RIVAS RENTERIA and (2) ALMA ROSALIA VELEZ ANDRADE entered a plea of guilty pursuant to written Plea Agreements (Docs. 51 and 54), respectively, to Count Two of the Indictment (Doc. 3) returned against them, charging them with the violation of Title 18 U.S.C. § 932. The Indictment (Doc. 3) included a Notice of Demand for Forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. 2461, in which the United States gave notice of its intent to forfeit certain property, namely:

1. FNH M249S, 5.56 caliber rifle, bearing serial number M249SA10117;
2. Any and all firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offense,

hereinafter referred to as the Subject Property.

As part of their guilty pleas, the Defendants agreed to immediately and voluntarily forfeit all their right, title, and interest in the Subject Property.

## II.

The United States of America moves the Court to find that the Defendants have an interest in the Subject Property and that the United States of America has proven by a preponderance of the evidence the nexus between the Subject Property and the violation of Title 18 U.S.C. § 932 by virtue of the Defendants' written Plea Agreement with the factual bases included therein.

Accordingly, the United States of America moves this Honorable Court for entry of a Preliminary Order of Forfeiture, which forfeits all right, title, and interest of the Defendants in the Subject Property.

## III.

The United States moves the Court, pursuant to Title 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), for an Order authorizing the United States through its lawfully designated agents and agencies, including the Bureau of Alcohol, Tobacco, Firearms and Explosives, to seize, take custody, control and possession of the Subject Property whether held by the Defendants or a third party.

## IV.

The United States further moves the Court, pursuant to Fed. R. Crim. P. 32.2(b)(6)(A) and (C) and Title 21 U.S.C. § 853(n)(1), for an Order authorizing the United States to cause publication for at least 30 consecutive days on an official government internet web site (www.forfeiture.gov) of notice of the Preliminary Order of Forfeiture, and of its intent to dispose of the Subject Property in such manner as the United States directs.

The United States of America further moves this Court for an Order authorizing that the contents of the published notice be in compliance with Fed. R. Crim. P. 32.2(b)(6)(B).

### V.

The United States further moves the Court, pursuant to Fed. R. Crim. P. 32.2(b)(6)(A), for an Order authorizing the United States to send direct notice of the Preliminary Order of Forfeiture to any person or entity who reasonably appears to the United States to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding.

The United States of America further moves this Honorable Court that Appendix A[1] be served on potential petitioners along with the Preliminary Order of Forfeiture.

### VI.

Pursuant to Fed. R. Crim. P. 32.2(c)(1)(B) and in an effort to promote judicial economy, the United States further moves the Court for an Order authorizing the United States to commence discovery proceedings, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas pursuant to Fed. R. Civ. P. 45, at the time that any petitions are filed in order to resolve any third-party issues.

### VII.

Lastly, the United States moves the Court, pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), to order that at the time of the sentencing of the Defendants the forfeiture of the Subject Property be included in their Judgment in a Criminal Case.

WHEREFORE, PREMISES CONSIDERED, the United States of America moves this Honorable Court for entry of a Preliminary Order of Forfeiture.

---

[1] Appendix A, which is entitled "Direct Notice of Preliminary Order of Forfeiture," sets forth the appropriate procedures, deadlines and applicable statutes necessary to file a third-party petition.

                          Respectfully submitted,

                          JUSTIN R. SIMMONS
                          United States Attorney

By:   /s/
       RAY A. GATTINELLA
       Assistant United States Attorney
       Asset Forfeiture Section
       601 N.W. Loop 410, Suite 600
       San Antonio, Texas 78216
       Tel: (210) 384-7040
       Fax: (210) 384-7045
       Texas Bar No. 00798202
       Email: Ray.Gattinella@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to counsel of record.

                          /s/
                          RAY A. GATTINELLA
                          Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | **CRIMINAL NO. SA-24-CR-00331-XR** |
| ) | |
| **(1) IVAN RIVAS RENTERIA,** ) | |
| **(2) ALMA ROSALIA VELEZ ANDRADE,** ) | |
| ) | |
| **Defendants.** ) | |

**DIRECT NOTICE OF PRELIMINARY ORDER OF FORFEITURE**

Notice is hereby given that in the case of *U.S. v. (1) IVAN RIVAS RENTERIA and (2) ALMA ROSALIA VELEZ ANDRADE* Criminal No. CRIMINAL NO. SA-24-CR-00331-XR, the United States District Court for the Western District of Texas entered a Preliminary Order of Forfeiture condemning and forfeiting the following property to the United States of America:

1. FNH M249S, 5.56 caliber rifle, bearing serial number M249SA10117;
2. Any and all firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offense.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States must file a petition within 30 days of the final publication of notice or his receipt of notice, whichever is earlier pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21 U.S.C. § 853(n)(1)-(3). The petition must be filed with the Clerk of the Court, 262 West Nueva Street, Room 1-400, San Antonio, Texas 78207, and a copy served upon Assistant United States Attorney Ray A. Gattinella, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

The petition must comply with the requirements of Title 21 U.S.C. § 853(n).

If you fail to file a petition to assert your interest in the above-described property within the time prescribed above, your interest in this property will be lost and forfeited to the United States, which will then have clear title to the property and will dispose of the property in accordance with the law.

**Appendix A**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) CRIMINAL NO. SA-24-CR-00331-XR |
| | ) |
| **(1) IVAN RIVAS RENTERIA,** | ) |
| **(2) ALMA ROSALIA VELEZ ANDRADE,** | ) |
| | ) |
| **Defendants.** | ) |

## PRELIMINARY ORDER OF FORFEITURE

Came on to be considered the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. § 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(1) and (2) and (c)(1), and this Court being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of the evidence a nexus between the property described below and the violation of Title 18 U.S.C. § 932, by virtue of the Defendants' Plea Agreements with the factual bases included therein, and that the Defendants have an interest in said property. As such, said Motion is meritorious, and hereby is in all things GRANTED. IT IS THEREFORE

ORDERED that all right, title, and interest of the Defendants in certain property, namely:

1. FNH M249S, 5.56 caliber rifle, bearing serial number M249SA10117;
2. Any and all firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offense,

hereinafter referred to as the Subject Property be, and hereby is FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that upon entry of the Preliminary Order of Forfeiture, the United States through its lawfully designated agents and agencies, including the Bureau of Alcohol, Tobacco,

Firearms and Explosives, shall seize, take custody, control, and possession of the Subject Property whether held by the Defendants or a third party; and IT IS FURTHER

ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website (www.forfeiture.gov) of the notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Property in such manner as the United States directs.   The United States must send notice to any person or entity who reasonably appears to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding; and IT IS FURTHER

ORDERED that the United States shall send Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the United States of America's Motion for Preliminary Order of Forfeiture, and incorporated herein to those known to the United States to have an interest in the Subject Property; and IT IS FURTHER

ORDERED that in the event a third-party petition is filed as to the Subject Property the United States shall commence discovery proceedings, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas pursuant to Fed. R. Civ. P. 45, to resolve any third-party issues; and IT IS FURTHER

ORDERED that at the time of the sentencing of the Defendants the forfeiture of the Subject Property shall be included in their Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2025.

_____
XAVIER RODRIGUEZ
United States District Judge

2